THE PEOPLE OF THE STATE OF NEW YORK *v.* LEONARD GERSCHINSKY (SHINSKY).

Submitted April 14, 1947; decided April 17, 1947.

Motion for reargument etc. denied.   [See 281 N. Y. 581.]